# *Application For Writs*

## No. '09 -C- 1085

## COURT OF APPEAL, FIFTH CIRCUIT

## STATE OF LOUISIANA

### DEC 15 2009

*Mary O. Legnon*

Deputy Clerk

**VANESSA REECE AND RAMON REECE**
**VERSUS**
**ALLSTATE INSURANCE COMPANY**

**IN RE** ALLSTATE INSURANCE COMPANY

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JOAN S. BENGE, DIVISION "A", NUMBER 675-719

**Attorneys for Relator:**

Frank X. Neuner, Jr.
Daniel J. Poolson, Jr.
Attorneys at Law
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503
(337) 237-7000

**Attorneys for Respondent:**

Gregory P. DiLeo
Jennifer B. Eagan
Attorneys at Law
300 Lafayette Street
Suite 101
New Orleans, LA 70130
(504) 522-3456

**WRIT DENIED**
(See Attached)

Gretna, Louisiana, this 8th day of January, 2010.

RECEIVED
JAN 1 1 2009

VANESSA REECE AND RAMON REECE        NO. 09-C-1085

VERSUS                               FIFTH CIRCUIT

ALLSTATE INSURANCE COMPANY           COURT OF APPEAL

                                     STATE OF LOUISIANA


**WRIT DENIED**

    Relator seeks review of the trial court's denial of its motion for judgment on the pleadings under La.C.C.P. art. 965.  In its motion, relator essentially asserted plaintiffs' claims for damages resulting from Hurricane Katrina were prescribed because their petition was not filed within the time period set forth by Act 802, or by August 30, 2007.  Plaintiffs claimed the prescriptive period set forth by Act 802 was suspended or interrupted by the filing of a class action lawsuit, of which they were potential members.  In its writ application, relator argues the time period set forth by Act 802 is peremptive and, therefore, cannot be suspended or interrupted.

    We find Act 802 set forth a prescriptive period, susceptible of being suspended and interrupted, as opposed to a peremptive period where the right is destroyed upon the expiration of the period.  Therefore, the filing of a class action lawsuit suspends prescription for all putative members of the class.  *See Taranto v. Louisiana Citizens Property Ins. Corp.*, 09-413 (La. App. 4 Cir. 12/16/09), --- So.3d ---, 2009 WL 4842780.

    Accordingly, we do not find the trial court erred in denying relator's motion for judgment on the pleadings.

Gretna, Louisiana, this 8th day of _January_, 2010.

_____
**JUDGE MARC E. JOHNSON**

_____
**CHIEF JUDGE EDWARD A. DUFRESNE, JR.**

_____
**JUDGE MARION F. EDWARDS**

A TRUE COPY
GRETNA

JAN -8 2010

DEPUTY CLERK
COURT OF APPEAL, FIFTH CIRCUIT